IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENTORY DEMAR'EA KANTRELL WATTS                                    PLAINTIFF

v.                                    Case No. 4:25-cv-00256-KGB

FAULKNER COUNTY
DETENTION CENTER UNIT 1, *et al.*                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kentory Demar'ea Kantrell Watts's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge